# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:  KIM ZIEGELMAYER | Chapter 7 |
| Debtor | BK No: 17-11357 |
| | A.P. No. 19-01020 |

CHARLES A. PISATURO, JR. TRUSTEE,
    Plaintiff

v.

SUNFLOWER REAL ESTATE, LLC
KIM ZIEGELMAYER AND
LYNDA L. GLYNN,
    Defendants

## MOTION TO EXTEND TIME TO FILE ANSWER

    Now comes the Defendant, Kim Ziegelmayer, in the above entitled matter and requests that the Court extend the deadline in which to file an answer to the pending adversary proceeding for an additional 30 days.   In support of said request counsel states that he has just been retained by the Defendant, Kim Ziegelmayer, and needs a reasonable amount of time to meet with the client and thereafter respond to the complaint.

    **WHEREFORE,** Debtor prays that his motion be granted and that the Court extend the deadline to file an answer to the adversary complaint through July 22, 2019.

                                  **KIM ZIEGELMAYER**
                                  **by her Attorney,**

                                  /s/Christopher Lefebvre
                                  P. O. Box 479
                                  Pawtucket, RI 02862
                                  Bar Code #4019
                                  (401)728-6060

Within fourteen (14) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATION OF SERVICE

      I hereby certify that on June 20, 2019, I electronically filed a Motion to Extend Time to file answer to the adversary proceeding with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System.   The following participants have received notice electronically:   Office of the U.S. Trustee, and Charles A. Pisaturo, Jr., Esq.; I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None

      /s/Maria J. Ferreira